UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **20-1447, 20-1466**

Case Title: **F.P. Development** vs. **Township of Canton**

List all clients you represent in this appeal:

**Liberty Justice Center**

☐ Appellant ☐ Petitioner ☑ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Brian K. Kelsey**   Signature: s/ **Brian K. Kelsey**

Firm Name: **Liberty Justice Center**

Business Address: **190 South LaSalle Street**

City/State/Zip: **Chicago, IL, 60603**

Telephone Number (Area Code): **312-263-7668**

Email Address: **bkelsey@libertyjusticecenter.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17